Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

ARTHUR RAY JARRELL & JACKIE GAIL JARRELL

CASE NO. 09-70426-HDH-13

AKA1:                                          AKA2:  JACKIE GAIL FOWLER
DBA1:                                          DBA2:
SS#1: xxx-xx- 0937                             SS#2: xxx-xx- 5429

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

   A. Orig. Date:  9/24/2009   Orig. Time:  12:00 PM         Reset Date:          Reset Time:

   B. Meeting Results:   Adjourned

   C. Debtor(s):   Debtor 1 Appeared        Debtor 2 Appeared

   D. Attorney for Debtor(s):   Appeared

   E. Creditor Appearance:   None

   F. Amount Paid to the Trustee as of   9/25/2009   $1,230.00   First Payment Due Date:   9/24/2009

   G. File Trustee's Motion to Dismiss because

   H. B22C Information:     B22C Form is:    Complete
      Budgeted Income:   $4,924.55   Expense:   $3,694.55   Surplus:   $1,230.00
      Plan Payment:  $1,230.00  Monthly                         Plan Term(Months):   60

   I. Value of Non-Exempt Property:   $53,877.56  Proposed Amount to Unsecured Creditors:   $0.00
      ___ Objection to Exemption of:
      ___ Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:
         ___ Object to Invoke Stay Pleading
      ___ Case Converted from Chapter 7, Bar Date Set:   12/23/2009   Date Converted from Chapter 7:

   J. Required Information:   Good

   K. Business Information:

   L. Object to Confirmation:   Yes
      Sch J excessive expenses are $80 student loan
      Failure to include all disposable income

   M. Financial Management Class:   Debtor 1 Appeared      Debtor 2 Appeared

   N. Eligibility:
      Certificate of Credit Counseling Filed:   Both Debtor 1 and Debtor 2
      Credit Counseling Provider Approved:                              Yes
      Debt Limits Exceeded (Secured-$1,010,650; Unsecured-$336,900):    No

   O. Domestic Support Obligation:   $0.00   Current:      Arrears:   $0.00
      Affidavit and Disclosure of Domestic Support Obligations Received:   Yes

   P. Remarks:   Questions
         -Sch J excessive expenses are $80 student loan
            -$80 for the student loan in personal expenses is preferential treatment.
      AES is the lender
            -For what student loan?
      Nursing school
         -When will Mrs. Begin to receive SS?
      At age 67
         -There are an average of $839 in unexplained deposits not just $324.42 as stated for royalties.
            -Why is there a difference?
      Not sure. No gambling winnings.
            -Failure to include all disposable income
               -Expenses could be over reported by $80

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone     (806) 748-1956 Fax

   -Income could be under reported by $628.68
    -Income could be under reported by deposits of $514.58,
    -Mrs. Could begin SS soon as well.
  She does not plan on SS until age 67 or 5 years from now.
  Objection
   -Sch J excessive expenses are $80 student loan
   -Failure to include all disposable income

Dated:  9/24/2009              /s/ Walter O'Cheskey

                         Standing Bankruptcy Trustee
                         By:  Brent Hagan

| Case Number: | 09-70426 |
|---|---|
| Debtor: | Jarrell |
| Attorney: | MJW |
| Presiding Officer: | Brent Hagan |
| Calculation Date: | 9/23/2009 13:15 |

| Domestic Support   Input name from Plan | Arrears<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| Bank of America | $9,000.00 | 6.00% | 15 | $624.28 | $9,364.19 |
| Gray CAD | $304.64 | 12.00% | 15 | $21.97 | $329.58 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor   Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| IRS | $2,189.44 | | 15 | $145.96 | $2,189.44 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| **Attorney Fees**   Paid Through the Plan | $2,719.00 | | | | $2,719.00 |
|---|---|---|---|---|---|
| **Noticing Fees** | $116.56 | | | | $116.56 |
| **Clerk Filing Fees** | $0.00 | | | | $0.00 |

| **Hardacre Minimum** | $0.00 | <-------------- | | |
|---|---|---|---|---|
| Chapter 7 Minimum (Gross) | $53,877.56 | | | |
|     Less Trustee Fees | $5,387.76 | | | |
|     Less Attorney Fees | $2,719.00 | | | |
|     Less Noticing Fees | $116.56 | | Greater Of --------> | $43,464.80 |
|     Less Clerk Filing Fees | $0.00 | | | |
|     Less Scheduled Priority Claims | $2,189.44 | | | |
|     Less Other (Explain Below) | $0.00 | | | |
| **Chapter 7 Minimum (Net)** | **$43,464.80** | <-------------- | | |

| **Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum)** | $71,777.14 |
|---|---|

| **Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee)** | $64,635.46 |
|---|---|
| **Debtor Plan Base (Monthly Payment X Term)** | $73,800.00 |
| **Surplus (Debtor Plan Base - Calculated Base)** | **$9,164.54** |

**Comments:**

| | | |
|---|---|---|
| **Case Number:** | | 0 |
| **Debtor:** | | 0 |
| **Attorney:** | | 0 |
| **Presiding Officer:** | | 0 |
| **Calculation Date:** | | 9/23/2009 13:15 |
| | | |
| **Schedule I Gross Income** | | $0.00 |
| **Less Line 57 B22C** | | $0.00 |
| | | |
| **Adjustments (Enter as positive to add, negative to subtract)** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustment out | | $0.00 |
| | | |
| **Month Disposable Income Available** | | $0.00 |
| **Multiplier** | | 60 |
| **Minimum to Unsecureds** | | **$0.00** |

**Comments:**

Version 1.02 Last Revised: 11/26/2007